IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:04CR3119 |
| | ) | |
| v. | ) | |
| | ) | |
| ISAIAH COBB, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the defendant's unopposed oral motion to continue the defendant's violation of supervised release hearing, now set for September 5, 2012, at 12:30 p.m. The court, noting that the government and probation office have no objection, finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1. The unopposed oral motion to continue the violation of supervised release hearing, now set for September 5, 2012, at 12:30 p.m., is granted;

2. The September 5, 2012, violation of supervised release hearing in this case is continued until further order of the court; and

3. Counsel shall contact judicial assistant Kris Leininger on or after September 5, 2012, to reschedule such hearing.

DATED this 4th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge